IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM DALE CARTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRENDA CLAUDIA, )<br>DION DIXON, )<br>DARRYL JOHNSON, )<br>JASON GARNETT, )<br>STEVE BIBY, )<br>DONALD GAETZ, )<br>MARK SHAFER, )<br>ALLYSA WILLIAMS-SCHAFER, )<br>TRACY BUCKLEY, )<br>ADAM MONREAL, )<br>ALAN MARTIN, )<br>S.A. GODINEZ, )<br>MICHELLE BUSHER, )<br>JONATHON BARNARD, )<br>ANITA RODRIGUEZ, )<br>QUINCY, ILLINOIS, and )<br>HIEDI HILDEBRAND, )<br>)<br>Defendants. ) | Case No. 13-cv-01165-MJR |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff William Dale Carter, a former Illinois Department of Corrections inmate, brought this action, purportedly pursuant to 42 U.S.C. § 1983, but also for numerous deprivations of his constitutional rights in connection with his being inappropriately labeled a "sex offender" for purposes of parole considerations. On preliminary review, all claims were dismissed, some with prejudice, others without prejudice; however, Plaintiff was given until January 13, 2014, to file an amended complaint (Doc. 6). Rather than file an amended

complaint, on January 8, 2014, Carter filed an appeal (Doc. 7).  On January 30, 2014, the Court of Appeals for the Seventh Circuit dismissed the appeal.   Because Plaintiff was proceeding in the appellate court, he was afforded a brief period of time within which to file an amended complaint.

The deadline for amendment was February 27, 2014 (Doc. 14).  Plaintiff was warned that failure to file an amended complaint by the prescribed deadline would result in the entry of final judgment and this case would be closed for want of prosecution in accordance with Federal Rule of Civil Procedure 41(b) (Doc. 16). Plaintiff has failed to file an amended complaint.

**IT IS THEREFORE ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action.  Plaintiff will not be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g).  Judgment shall enter accordingly and this case will be closed.

**IT IS SO ORDERED.**

**DATED:  March 17, 2014**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**